On Application for Rehearing.
PER CURIAM.
We find no merit in the application for a rehearing. However, counsel. *813 for defendants, Manufacturers Casualty Insurance Company and W. L. Bennett, direct our attention to the fact that we inadvertently reinstated the judgment in favor •of Mrs. Adele Bollier Vowell in the sum of $20,700, which was in excess of the limit •of liability of Manufacturers Casualty Insurance Company under its policy of insurance. We shall therefore amend and reinstate the judgment of the District Court 30 as to conform to the opinion of this •court, recognizing the limit of liability of the insurance carrier for any one person .to be $10,000.
It is, therefore, ordered that the judgment of the District Court herein, in favor •of Mrs. Adele Bollier Vowell and against -defendants, W. L. Bennett and Manufacturers Casualty Insurance Company, in .solido, in the full sum of $20,700, with legal interest from judicial demand until paid and all costs, be amended to the extent that the solidary judgment, insofar as it runs against Manufacturers Casualty Insurance Company, be limited to the sum of $10,000, •with legal interest from judicial demand until paid and all costs. As thus amended, 'the judgment of the District Court is reinstated and affirmed.
The application for a rehearing is demied.